**EXHIBIT B**

# State Of Delaware

Entity Details

2/12/2021   3:45:14PM

| | |
|---|---|
| File Number: 2099413 | Incorporation Date / Formation Date: 8/21/1986 |
| Entity Name: AIRGAS, INC. | |
| Entity Kind: Corporation | Entity Type: General |
| Residency: Domestic | State: DELAWARE |
| Status: Good Standing | Status Date: 10/30/2013 |

**Registered Agent Information**

| | |
|---|---|
| Name: CAPITOL SERVICES, INC. | |
| Address: 1675 S STATE ST STE B | |
| City: DOVER | Country: |
| State: DE | Postal Code: 19901 |
| Phone: 800-316-6660 | |

**Tax Information**

| | |
|---|---|
| Last AnnualReport Filed: 2019 | Tax Due: $ 0 |
| Annual Tax Assessment: $175 | Total Authorized Shares: 1000 |

**Filing History (Last 5 Filings)**

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | Merger;Restated-Amend Stock<BR>9000010 [Survivor] | 7 | 5/23/2016 | 8:04 AM | 5/23/2016 |
| 2 | Merger [Survivor] | 2 | 5/10/2007 | 5:45 PM | 5/10/2007 |
| 3 | Stock Designation | 9 | 5/8/2007 | 1:50 PM | 5/8/2007 |
| 4 | Merger [Survivor] | 2 | 4/1/2004 | 10:27 AM | 4/1/2004 |
| 5 | Merger [Survivor] | 2 | 4/1/2003 | 11:30 AM | 4/1/2003 |

# *State Of Delaware*

Entity Details

2/12/2021   3:47:39PM

| | | | |
|---|---|---|---|
| File Number: | 5032015 | Incorporation Date / Formation Date: | 9/1/2011 |
| Entity Name: | AIRGAS USA, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |
| Status: | Good Standing | Status Date: | 7/31/2015 |

**Registered Agent Information**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | Country: | |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

**Tax Information**

| | | | |
|---|---|---|---|
| Last AnnualReport Filed: | 0 | Tax Due: | $ 0 |
| Annual Tax Assessment: | $300 | Total Authorized Shares: | |

**Filing History (Last 5 Filings)**

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | Merger [Survivor] | 2 | 9/27/2019 | 11:18 AM | 9/27/2019 |
| 2 | Merger [Survivor] | 1 | 9/15/2017 | 1:14 PM | 11/1/2017 |
| 3 | Merger [Survivor] | 1 | 8/28/2017 | 10:43 AM | 8/28/2017 |
| 4 | Merger [Survivor] | 1 | 10/4/2016 | 9:30 AM | 10/4/2016 |
| 5 | Merger [Survivor] | 1 | 10/3/2016 | 11:38 AM | 10/3/2016 |

# TEXAS SECRETARY of STATE
# RUTH R. HUGHS

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801511221 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | November 21, 2011 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 14531537349 | **FEIN:** | |
| **Name:** | Airgas USA, LLC | | |
| **Address:** | 259 N. Radnor-Chester Rd. Ste 100 Radnor, PA 19087 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | September 1, 2011 | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | **Address** | | | **Inactive Date** |
| C T Corporation System | | 1999 Bryan St., Ste. 900 Dallas, TX 75201-3136 USA | | | |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.