# EXHIBIT F

| HCDistrictclerk.com | GUIDRY, RASHANETTE vs. DOE, JOHN | 2/18/2021 |
| | Cause: 202078983　　CDI: 7　　Court: 011 | |

# DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 94411577 | Defendant's Original Answer. | | 02/15/2021 | 3 |
| 94055794 | Citation Return-Airgas USA LLC | | 01/22/2021 | 4 |
| 94055811 | Citation Return-John Doe. | | 01/22/2021 | 4 |
| 93450010 | Plaintiffs' Original Petition | | 12/10/2020 | 7 |
| | Plaintiffs' Original Petition | | 12/10/2020 | |

1/22/2021 3:57 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 49961652
By: Lewis John-Miller
Filed: 1/22/2021 3:57 PM

Receipt Number: 883204
Tracking Number: 73820434

EML
**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202078983

| | |
|---|---|
| PLAINTIFF: GUIDRY, RASHANETTE | In the 011th Judicial |
| vs. | District Court of |
| DEFENDANT: DOE, JOHN | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: AIRGAS USA LLC MAY BE SERVED THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

   Attached is a copy of PLAINTIFFS ORIGINAL PETITION.
This instrument was filed on December 10, 2020 in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this December 10, 2020.



*Marilyn Burgess*
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: CAROLINA SALGADO

Issued at request of:
HARDMON, GREGORY COLLINS
5444 WESTHEIMER ROAD SUITE 1000
HOUSTON, TX  77056
832-323-6433

Bar Number: 24074357

Tracking Number: 73820434
EML

CAUSE NUMBER: 202078983

| PLAINTIFF: GUIDRY, RASHANETTE | In the 011th |
| vs. | Judicial District Court |
| DEFENDANT: DOE, JOHN | of Harris County, Texas |

## ~~OFFICER~~/AUTHORIZED PERSON RETURN

Came to hand at **12:30** o'clock **P**. M. on the **14th** day of **JANUARY**, 20**21**.

Executed at (address) **1999 BRYAN STREET SUITE 900 DALLAS, TX 75201 VIA CMRR# 7005-1160-0003-1492-0379** in **COLLIN** County at **10:14** o'clock **A**. M. on the **19th** day of **JANUARY**, 20**21** by delivering to **AIRGAS USA LLC C/O REGISTERED AGENT CT CORPORATION SYSTEM** defendant, in person, a true copy of this Citation together with the accompanying **1** copy(ies) of the **PLAINTIFF'S ORIGINAL** Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this **19th** day of **JANUARY**, 20 **21**.

FEE: $ _____

**Pamela R Hall**
of **FORT BEND** County, Texas

**Pamela Hall** PSC 12653 Exp. 08/31/2022
Affiant

By: _____ ~~Deputy~~

On this day, **Pamela Hall**, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this **22nd** of **January**, 20 **21**.

Suzanne Montanez
Notary Public, State of Texas
Comm. Expires 04-09-2022
Notary ID 131523010

Notary Public



ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL…

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70051160000314920379

Remove ✕

Your item was delivered at 10:14 am on January 19, 2021 in DALLAS, TX 75201.

## ✓ Delivered

January 19, 2021 at 10:14 am
Delivered
DALLAS, TX 75201

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

*Unofficial Copy Office of Marilyn Burgess District Clerk*

1/22/2021 4:11 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 49963043
By: Lewis John-Miller
Filed: 1/22/2021 4:11 PM

Receipt Number: 883204
Tracking Number: 73820439

EML
**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202078983

| | |
|---|---|
| PLAINTIFF: GUIDRY, RASHANETTE | In the 011th Judicial |
| vs. | District Court of |
| DEFENDANT: DOE, JOHN | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: DOE, JOHN
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

   Attached is a copy of PLAINTIFFS ORIGINAL PETITION.
This instrument was filed on December 10, 2020 in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this December 10, 2020.



Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002


Generated By: CAROLINA SALGADO

Issued at request of:
HARDMON, GREGORY COLLINS
5444 WESTHEIMER ROAD SUITE 1000
HOUSTON, TX  77056
832-323-6433

Bar Number: 24074357

Tracking Number: 73820439
EML

CAUSE NUMBER: 202078983

| PLAINTIFF: GUIDRY, RASHANETTE | In the 011th |
| vs. | Judicial District Court |
| DEFENDANT: DOE, JOHN | of Harris County, Texas |

## ~~OFFICER~~/AUTHORIZED PERSON RETURN

Came to hand at **12:30** o'clock **P**. M. on the **14th** day of **JANUARY**, 20**21**.

Executed at (address) **1999 BRYAN STREET SUITE 900 DALLAS, TX 75201 VIA CMRR# 7005-1160-0003-1492-0386** in **COLLIN** County at **10:14** o'clock **A**. M. on the **19th** day of **JANUARY**, 20**21**, by delivering to **JOHN DOE w/ AIR GAS USA LLC c/o CT CORPORATION SYSTEM** defendant, in person, a true copy of this Citation together with the accompanying **1** copy(ies) of the **PLAINTIFFS ORIGINAL** Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this **19th** day of **JANUARY**, 20**21**.

FEE: $ _____

_Pamela R Hall_
of **FORT BEND**
County, Texas

_Pamela R Hall_ PSC 12863 Exp. 08/31/2022
Affiant                              By: _____ ~~Deputy~~

On this day, **Pamela Hall**, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this **22nd** of **January**, 20**21**.

_____
Notary Public

Suzanne Montanez
Notary Public, State of Texas
Comm. Expires 04-09-2022
Notary ID 131523010



ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...

# USPS Tracking®

FAQs >

Track Another Package +

Tracking Number: 70051160000314920386

Remove X

Your item was delivered at 10:14 am on January 19, 2021 in DALLAS, TX 75201.

## ✓ Delivered

January 19, 2021 at 10:14 am
Delivered
DALLAS, TX 75201

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

*Unofficial Copy Office of Marilyn Burgess District Clerk*

Case 4:21-cv-00526 Document 1-6 Filed on 02/18/21 in TXSD Page 11 of 13

2/15/2021 8:31 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 50653700
By: Anais Aguirre
Filed: 2/15/2021 8:31 AM

CAUSE NO. 2020-78983

| | | |
|---|---|---|
| RASHANETTE GUIDRY, BRASHANNA LEDET AND KAVION LEDET, | § § § | IN THE DISTRICT COURT |
| Plaintiffs | § § | |
| vs. | § § § | OF HARRIS COUNTY, TEXAS |
| JOHN DOE and AIRGAS USA, LLC, Defendants | § § § | 11TH JUDICIAL DISTRICT |

## **DEFENDANT'S ORIGINAL ANSWER**

Airgas USA, LLC ("Defendant"), files its Original Answer and respectfully shows the following:

## **GENERAL DENIAL**

1. Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies each and every of Plaintiffs', material allegations and demands strict proof thereof by preponderance of the good and credible evidence.

## **DEFENSES**

2. Plaintiffs' damages, if any, were proximately caused in whole or in part, by various negligent acts and omissions on the part of the Plaintiffs each and all of which constitute negligence, and each and all of which were a proximate cause or contributing cause of said injuries and damages, if any, to the Plaintiffs. Defendant, therefore, specifically pleads the doctrine of contributory negligence and/or comparative fault as a defense to this claim and would show that Plaintiffs' recovery, if any, should be reduced by the doctrine of comparative fault or contributory negligence.

3. Defendant would show that Plaintiffs' damages, if any, were proximately caused as a result of intervening or superseding acts of persons or instrumentalities over which and whom Defendant had no control and/or responsibility.

4.  Plaintiffs' medical expenses should be limited to those actually paid or incurred on behalf of Plaintiffs pursuant to Texas Civil Practice & Remedies Code § 41.0105.

## RULE 193.7 DISCLOSURE

5.  During trial, Defendant intends to utilize items produced during discovery as self-authenticated. Tex. R. Civ. P. 193.7.

## REQUEST FOR DISCLOSURE

6.  Pursuant to Rule 194.2 of the Texas Rules of Civil Procedure, Defendant requests that Plaintiffs disclose, within thirty (30) days of service of this request, all the information or material described in each section of Tex. R. Civ. P. 194.2.

## PRAYER

For these reasons, Defendant, prays upon final hearing Plaintiffs take nothing, and Defendant be awarded all such other legal or equitable relief to which it may show itself justly entitled.

Respectfully submitted,

**CLARK HILL PLC**

*/s/ Louis W. Williams*
**BIJAN SIAHATGAR**
State Bar No. 18336200
bsiahatgar@clarkhill.com
**LOUIS W. WILLIAMS**
State Bar No. 24088645
lwilliams@clarkhill.com
909 Fannin Street, Suite 2300
Houston, Texas 77010
(713) 951-5600
(713) 951-5660 Fax

**ATTORNEYS FOR AIRGAS ISA, LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 15, 2021, a true and correct copy of the above document was forwarded to all known parties of record pursuant to Rules 21 and 21a of the Texas Rules of Civil Procedure.

                                 */s/ Louis Williams*
                                 **LOUIS WILLIAMS**